# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>**Debbie Edwards**<br>    DEBTOR. | CHAPTER 13<br><br>CASE NO.: 19-16421-jkf<br><br>HEARING: January, 8, 2020 at 9:30AM<br>LOCATION: Courtroom #3 |

## INTERSTATE TD INVESTMENTS LLC'S OBJECTION TO THE CONFIRMATION OF THE DEBTORS' CHAPTER 13 PLAN

Movant, Interstate TD Investments LLC ("Movant"), by its attorneys Hill Wallack LLP, hereby objects to the confirmation of the Debtor's Chapter 13 Plan as follows:

1. Interstate TD Investments LLC, is the holder of a Note and Mortgage on real property owned by Debbie Edwards ("Debtor") at 2824 Walnut Hill, Philadelphia, PA 19152(the "Property").

2. On or about October 11, 2019, Debbie Edwards ("Debtor") filed a petition for relief under the Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court.

3. The Debtor's pre-petition arrears is estimated at $22,268.16

4. Debtor proposes to pay the Movant $20,000.00 for pre-petition arrearage.

5. The Plan as proposed does not provide for Movant's claim, and therefore, the Plan is not confirmable as the Debtor's options are to either provide for payment pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) or surrender pursuant to 11 U.S.C. §1325(a)(5)(C). The Plan does neither, and therefore, the Plan does not satisfy the confirmation requirement of 11 U.S.C. §1325(a)(1).

6. If the Plan is confirmed, the Movant may suffer irreparable injury, loss, and damage.

WHEREFORE, Interstate TD Investments, LLC, Movant, respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan and enter a bar on any further filings of Chapter 13 by the Debtor.

Respectfully submitted,

/s/Michael J. Shavel, Esquire
**Michael J. Shavel, Esq., Atty ID 60554**
Hill Wallack LLP
777 Township Line Road, Suite 250
Yardley, PA  19067
215-579-7700
mshavel@hillwallack.com

{Y0986706; 1}