IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Debbie Edwards | : | Chapter 13 |
| | : | |
| | : | Case No.  19-16421JKF |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Extend the Automatic Stay filed at docket number 7.

Dated:  November 8, 2019             /s/ Brad J. Sadek, Esquire
                                                                Brad J. Sadek, Esquire
                                                                Sadek and Cooper
                                                                1315 Walnut Street, Suite 502
                                                                Philadelphia, PA 19107
                                                                215-545-0008