UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Debbie Edwards | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 19-16421JKF |

## ORDER GRANTING DEBTOR'S MOTION FOR CONTINUANCE OF AUTOMATIC STAY

AND NOW, this 14th day of November, 2019 upon consideration of the Motion of Debbie Edwards for an Extension of the Automatic Stay, it is hereby;

ORDERED and DECREED that the filing of the above captioned matter was done in good faith as to the creditors to be stayed and thus, the automatic stay shall be continued indefinitely as to all creditors;

xFURTHER ORDERED:
xxxxxxxxxxxxxxxxxxxxx

_____
Judge Jean K. FitzSimon