```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 19-16421-jkf
Debbie Edwards                                                          Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2          User: dlv                   Page 1 of 2                  Date Rcvd: Nov 14, 2019
                              Form ID: pdf900             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db             +Debbie Edwards,   2824 Walnut Hill Street,   Philadelphia, PA 19152-1503
cr             +Interstate TD Investments LLC,   c/o Michael J. Shavel Esquire,   Hill Wallack LLP,
                 777 Township Line Road,   Suite 250,   Yardley, PA 19067-5565
14404346       +First PREMIER Bank,   Attn: Bankruptcy,   Po Box 5524,   Sioux Falls, SD 57117-5524
14404347       +I.C. System, Inc.,   444 Highway 96 East,   Po Box 64378,   St. Paul, MN 55164-0378
14404348       +Midland Mortgage,   PO Box 26648,   Oklahoma City, OK 73126-0648
14404350       +Pennsylvania Department of Revenue,   110 N 8th St Ste 204b,   Philadelphia, PA 19107-2412
14404351       +Philadelphia Gas Works,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2898
14404353      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,   Attn: Bankruptcy Dept,   Po Box 8026,
                 Cedar Rapids, IA 52409)
14404352       +Total Visa/Bank of Missouri,   Attn: Bankruptcy,   Po Box 85710,   Sioux Falls, SD 57118-5710
14409817       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
14404354       +Trinity Health Mid-Atlantic,   Nazareth Hospital,   PO Box 824840,
                 Philadelphia, PA 19182-4840
14406248       +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 15 2019 03:38:37      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2019 03:38:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14404344       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 03:49:25      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14404345       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 15 2019 03:48:57      Credit One Bank,
                 Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
14408641        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 03:49:36      LVNV Funding LLC,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14411095        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 03:49:36      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14404349       +Fax: 407-737-5634 Nov 15 2019 03:57:52      OCWEN Loan Servicing,   Attn: Bankruptcy,
                 1661 Worthington Rd St. 100,   West Palm Beach, FL 33409-6493
14406911       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2019 03:38:09
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2                User: dlv                   Page 2 of 2                    Date Rcvd: Nov 14, 2019
                                    Form ID: pdf900             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
          BRAD J. SADEK   on behalf of Debtor Debbie  Edwards brad@sadeklaw.com,  bradsadek@gmail.com
          MICHAEL J. SHAVEL   on behalf of Creditor   Interstate TD Investments LLC mshavel@hillwallack.com,
           jrydzewski@HillWallack.com;skenny@hillwallack.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                            TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: Debbie Edwards | : | Chapter 13 |
|---|---|---|
| Debtor | : | Case No.: 19-16421JKF |

## ORDER GRANTING DEBTOR'S MOTION FOR CONTINUANCE OF AUTOMATIC STAY

AND NOW, this 14th day of November, 2019 upon consideration of the Motion of Debbie Edwards for an Extension of the Automatic Stay, it is hereby;

ORDERED and DECREED that the filing of the above captioned matter was ~~done~~ in good faith as to the creditors to be stayed and thus, the automatic stay shall be continued indefinitely as to all creditors;

x~~FURTHER ORDERED~~:

_____
Judge Jean K. FitzSimon