Certificate Number: 17572-PAE-DE-033942758

Bankruptcy Case Number: 19-16421



17572-PAE-DE-033942758

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2020, at 6:47 o'clock AM PST, Debbie L Edwards completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 13, 2020          By:   /s/Leigh-Anna M Thompson

                                  Name: Leigh-Anna M Thompson

                                  Title: Counselor