Certificate Number: 03088-PAE-DE-033989784

Bankruptcy Case Number: 19-16421



03088-PAE-DE-033989784

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>January 23, 2020</u>, at <u>3:56</u> o'clock <u>AM CST</u>, <u>Debbie L Edwards</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 23, 2020</u>                     By:    <u>/s/Dennis Nichols</u>

 

                                                                          Name:  <u>Dennis Nichols</u>

 

                                                                          Title:   <u>Counselor</u>