# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| DEBBIE EDWARDS, | : CASE NO. 19-16421-jkf |
| | : |
| DEBTOR | : OBJECTION TO PLAN |
| | : CONFIRMATION HEARING |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : May 6, 2020 @ 9:30 |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| DEBBIE EDWARDS, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 27 |

### CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

I, Jim L. Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Chapter 13 Plan, on the parties at the below addresses, on April 29, 2020 by:

**19-16421-jkf Notice will be electronically mailed to:**

JIM PEAVLER on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

BRAD J. SADEK on behalf of Debtor Debbie Edwards
brad@sadeklaw.com, bradsadek@gmail.com

MICHAEL J. SHAVEL on behalf of Creditor Interstate TD Investments LLC
mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com

REBECCA ANN SOLARZ on behalf of Creditor MIDFIRST BANK
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

**19-16421-jkf Notice will not be electronically mailed to:**
N/A

    Respectfully submitted by:
    /s/     Jim Peavler
    Jim Peavler
    Counsel
    PA Department of Revenue
    Office of Chief Counsel
    P.O. Box 281061
    Harrisburg, PA 17128-1061
    PA I.D. # 320663
    Phone: 717-787-2747
    Facsimile: 717-772-1459
    Email: jpeavler@pa.gov