IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Debbie Edwards | : | Chapter 13 |
| | : | |
| | : | Case No.  19-16421AMC |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 38

Dated: July 21, 2020                                    /s/ Brad J. Sadek, Esquire
                                                        Brad J. Sadek, Esquire
                                                        Sadek and Cooper
                                                        1315 Walnut Street, Suite 502
                                                        Philadelphia, PA 19107
                                                        215-545-0008