| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-16421-AMC**

Debbie Edwards  
2824 Walnut Hill Street  
Philadelphia  PA    19152

Petition Filed Date: 10/11/2019  
341 Hearing Date: 11/22/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/20/2019 | $785.00 | 26362203197 | 12/26/2019 | $785.00 | 26212863238 | 02/04/2020 | $768.00 | 26212872453 |
| 03/13/2020 | $790.00 | 26362236273 | 04/15/2020 | $790.00 | 26212895291 | 06/05/2020 | $790.00 | 26362265433 |
| 07/06/2020 | $335.00 | 26362269696 | 07/06/2020 | $375.00 | 26362269685 | 08/10/2020 | $137.00 | 19128799555 |
| 08/10/2020 | $500.00 | 19128799554 | | | | | | |

**Total Receipts for the Period: $6,055.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,055.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Debbie Edwards | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,055.00 | Current Monthly Payment: | $637.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($73.00) |
| Paid to Trustee: | $564.83 | Total Plan Base: | $37,832.00 |
| Funds on Hand: | $5,490.17 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.

Page 1 of 1