# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DEBBIE EDWARDS, | : | |
| | : | DOCKET NO.: 19-16421-JKF |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | WITHDRAWAL OF OBJECTION |
| | : | |
| v. | : | |
| | : | |
| DEBBIE EDWARDS, | : | |
| | : | RELATED TO DOCKET NO.: 27 |
| RESPONDENT | : | |

## WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and withdraws its Objections to Debtor's Chapter 13 Plan, which was filed on April 29, 2020, as the Debtor has cured all issues with the filing of their Amended Plan, docketed at number 35.

Date:  August 18, 2020                                        Respectfully submitted by,

/s/    Jim Peavler
Jim Peavler
Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 320663
Phone: 717-787-2747
Facsimile: 717-772-1459
jpeavler@pa.gov