**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| DEBBIE EDWARDS, | : CASE NO. 19-16421-AMC |
| | : |
|         DEBTOR | : WITHDRAWAL OF |
| | : OBJECTION TO |
| | : CONFIRMATION OF PLAN |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : |
| | : |
|         MOVANT | : |
| | : |
| v. | : |
| | : |
| DEBBIE EDWARDS, | : |
| | : |
|         RESPONDENT | : RELATED TO DOCKET NO. 46 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT
OF REVENUE'S WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN

    I, Jim L. Peavler, certify under penalty of perjury that I served the above captioned pleading Withdrawal of Objection to Debtors' Chapter 13 Plan, on the parties at the below addresses, on August 18, 2020 by:

**19-16421-amc Notice will be electronically mailed to:**

JILL MARIE FEIN on behalf of Creditor Interstate TD Investments LLC
jfein@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com

JIM PEAVLER on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

BRAD J. SADEK on behalf of Debtor Debbie Edwards
brad@sadeklaw.com, bradsadek@gmail.com

MICHAEL J. SHAVEL on behalf of Creditor Interstate TD Investments LLC

mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com

REBECCA ANN SOLARZ on behalf of Creditor MIDFIRST BANK
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

**19-16421-amc Notice will not be electronically mailed to:**

    Respectfully submitted by:
/s/     Jim Peavler
Jim Peavler
Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 320663
Phone: 717-787-2747
Facsimile: 717-772-1459
Email: jpeavler@pa.gov