UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Debbie Edwards | : | Case No.: 19-16421-AMC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## **CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: November 20, 2020

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, Pa 19107
215-545-0008