UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
|---|---|---|
| Debbie Edwards | : | |
| | : | |
| | : | Case No.:  19-16421-AMC |
| Debtor(s) | : | |

# ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF LOAN MODIFICATION WITH SETERUS

AND NOW, this _____ day of _____, 2020 upon consideration of the Motion for approval of loan modification, it is hereby;

ORDERED and DECREED that the filing of the above captioned matter was done in good faith, and Debtor's loan modification is approved and allowed by this Honorable Court.

XXXXXXXXXXXXXXXXXXXXXX
FURTHER ORDERED:

_____

**Date: November 24, 2020**                    HONORABLE ASHELY M. CHAN
U.S. Bankruptcy Judge