IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :
                                                  :        Chapter 13
Debbie Edwards                                    :
Debtor(s)                                         :        Case No. 19-16421-AMC


ORDER

     **AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,
     It is hereby **ORDERED** that:
1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,300.00.

**Dated:**

HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

**Date: November 24, 2020**