United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Debbie Edwards

    Debtor(s)

Case No. 19-16421-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 27, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debbie Edwards, 2824 Walnut Hill Street, Philadelphia, PA 19152-1503 |
| cr | + | Interstate TD Investments LLC, c/o Michael J. Shavel Esquire, Hill Wallack LLP, 777 Township Line Road, Suite 250 Yardley, PA 19067-5565 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |
| | on behalf of Debtor Debbie Edwards brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| JILL MARIE FEIN | |
| | on behalf of Creditor Interstate TD Investments LLC jfein@hillwallack.com skenny@hillwallack.com;lharkins@hillwallack.com |
| JIM PEAVLER | |
| | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us |
| MICHAEL J. SHAVEL | |
| | on behalf of Creditor Interstate TD Investments LLC mshavel@hillwallack.com skenny@hillwallack.com;lharkins@hillwallack.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |

District/off: 0313-2                                          User: Adminstra                                          Page 2 of 2

Date Rcvd: Nov 27, 2020                                      Form ID: pdf900                                          Total Noticed: 2

SCOTT F. WATERMAN (Chapter 13)
                         ECFMail@ReadingCh13.com

United States Trustee
                         USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Debbie Edwards | : | |
| | : | |
| | : | Case No.:  19-16421-AMC |
| Debtor(s) | : | |

### ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF LOAN MODIFICATION WITH SETERUS

AND NOW, this _____ day of _____, 2020 upon consideration of the Motion for approval of loan modification, it is hereby;

ORDERED and DECREED that the filing of the above captioned matter was done in good faith, and Debtor's loan modification is approved and allowed by this Honorable Court.

PLXRXNEXXORXDXRXEDXXX

_____

**Date: November 24, 2020**

HONORABLE ASHELY M. CHAN
U.S. Bankruptcy Judge