| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-16421-AMC

Debbie Edwards
2824 Walnut Hill Street
Philadelphia  PA    19152

Petition Filed Date: 10/11/2019
341 Hearing Date: 11/22/2019
Confirmation Date: 08/19/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $768.00 | 26212872453 | 03/13/2020 | $790.00 | 26362236273 | 04/15/2020 | $790.00 | 26212895291 |
| 06/05/2020 | $790.00 | 26362265433 | 07/06/2020 | $335.00 | 26362269696 | 07/06/2020 | $375.00 | 26362269685 |
| 08/10/2020 | $137.00 | 19128799555 | 08/10/2020 | $500.00 | 19128799554 | 10/14/2020 | $640.00 | 26516932380 |
| 11/20/2020 | $500.00 | 26516938050 | 01/06/2021 | $668.00 | 26516943720 | 02/25/2021 | $670.00 | 26943302002 |
| 04/06/2021 | $680.00 | 26943320057 | 05/06/2021 | $700.00 | 26943314580 | | | |

**Total Receipts for the Period: $8,343.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,913.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Debbie Edwards | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 002 | Secured Creditors | $9,388.59 | $1,579.85 | $7,808.74 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $1,388.81 | $0.00 | $1,388.81 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $1,680.48 | $0.00 | $1,680.48 |
| 5 | PHILADELPHIA GAS WORKS »» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PHILADELPHIA GAS WORKS »» 05U | Unsecured Creditors | $311.28 | $0.00 | $311.28 |
| 7 | TOYOTA MOTOR CREDIT CORP »» 006 | Secured Creditors | $19,891.38 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $675.47 | $0.00 | $675.47 |
| 9 | BANK OF MISSOURI »» 008 | Unsecured Creditors | $150.41 | $0.00 | $150.41 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $252.78 | $0.00 | $252.78 |
| 11 | MIDFIRST BANK NKA MIDLAND MRTG »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PLANET HOME LENDING LLC »» 011 | Secured Creditors | $22,209.66 | $3,737.26 | $18,472.40 |
| 13 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $5,229.78 | $0.00 | $5,229.78 |
| 14 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $548.07 | $0.00 | $548.07 |

**Chapter 13 Case No. 19-16421-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,440.00 | $2,440.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,300.00 | $1,300.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,913.00 | Current Monthly Payment: | $679.00 |
| Paid to Claims: | $9,057.11 | Arrearages: | $1,535.00 |
| Paid to Trustee: | $855.89 | Total Plan Base: | $39,287.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.