IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DEBBIE EDWARDS,<br>　　　Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>　　　　Movant,<br><br>　v.<br><br>DEBBIE EDWARDS<br>WILLIAM KENNETH MASON, and<br>SCOTT F. WATERMAN, Trustee,<br>　　　　Respondents. | Bankruptcy No.  19-16421-amc<br><br>Chapter 13<br><br>Document No. |

## CERTIFICATE OF SERVICE

　　　I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on June 22, 2021, I served a copy of the Motion for Relief from Automatic Stay and Co-Debtor Stay and a copy of the Notice of Motion, Hearing Date and Response Deadline by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Debbie Edwards<br>William Kenneth Mason<br>2824 Walnut Hill Street<br>Philadelphia, PA 19152 | Brad J. Sadek<br>Sadek and Cooper<br>1315 Walnut Street, Suite 502<br>Philadelphia, PA 19107 |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Office of United States Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106 |

　　　　　　　　　　　　　　　　　　　　By: /s/*Keri P. Ebeck*
　　　　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　　　　　Suite 2200, Gulf Tower
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　Phone - (412) 456-8112
　　　　　　　　　　　　　　　　　　　　Fax - (412) 456-8135