IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DEBBIE EDWARDS,<br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>    Movant,<br><br>    v.<br><br>DEBBIE EDWARDS<br>WILLIAM KENNETH MASON, and<br>SCOTT F. WATERMAN, Trustee,<br><br>    Respondents. | Bankruptcy No. 19-16421-amc<br><br>Chapter 13<br><br>Document No. 72, 75 |

## STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY & CO-DEBTOR STAY

AND NOW, comes Movant, Toyota Motor Credit Corporation ("Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and, Debtor, Debbie Edwards, by and through her undersigned counsel, Brad J. Sadek, Esquire, and together file this Stipulation Resolving the Motion for Relief from the Automatic Stay & Co-Debtor Stay (the "Stipulation"), stating as follows:

1. The automatic stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. Movant has a secured interest in the Vehicle, 2013 Toyota Avalon H, VIN# 4T1BD1EB0DU00884 (the "Vehicle").

3. As of the date of this Stipulation, the Debtor is in default of his post-petition payment obligations to Movant in the amount of $699.83.

4. Debtor will cure the remaining post-petition arrears by making payments to Movant in the amount of $699.83 through an Amended Chapter 13 Plan to be filed by Debtor and her Counsel. In order to resolving the pending the Objection, the parties agree as follows:

    a. Debtor shall have an Amended Chapter 13 Plan to provide for the $699.83 in post-petition arrears.

    b. The terms of this Stipulation shall be incorporated into the Debtor's confirmed Chapter 13 plan and any subsequent plan filed thereafter.

    c. Toyota Motor Credit Corporation shall be paid inside the Debtor's Chapter 13 Plan.

    d. Any conversion or dismissal of this case shall void the terms of the stipulated order.

5. Debtor shall have an Amended Chapter 13 Plan filed within thirty (30) days on the entry of the Stipulation Order.

6. Regular monthly payments shall resume on October 4, 2021 and payments must be received by Movant on or before the 4th day of each month. Debtor will be in default under the Stipulation in the event that the Debtor fails to comply with the payment terms and conditions in Paragraph 4, *supra*. If Debtor defaults under this Stipulation, Movant may send Debtor and Debtor's counsel a Notice of Default. Debtor will have ten (10) days from the date of the Notice of Default to cure the default. If default is not cured after the ten days, a Certification of Default will be immediately filed with the Court by the Movant.

7. In the event the instant bankruptcy case is converted to a case under Chapter 7 of the Bankruptcy Code, the Debtor shall cure the pre-petition and post-petition arrears within ten (10) days from the date of such conversion. Should Debtor fail to cure said arrears within the ten day period, such failure shall be deemed a default under the terms of this Stipulation Movant may serve a notice of default and intent to file Certification of Default but Debtor will not be granted an opportunity to cure the default. Instead, a Certification of Default will be immediately filed with the Court.

8. This Stipulation may only be modified by a revised Stipulation filed on the docket in the Bankruptcy. No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation filed on the docket in the Bankruptcy.

Agreed to by:

By: /s/ *Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: 412-456-8135

*Counsel for Toyota Motor Credit Corporation*

By: /s/
Brad J. Sadek, Esq.
PA I.D. # 90488
brad@sadeklaw.com
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008
Fax: 215-545-0611

*Counsel for Debbie Edwards*

By: /s/ *Ann Swartz*
Ann Swartz, Esq.
Staff Attorney
Standing Chapter 13 Trustee
ecfmail@readingch13.com
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
610-779-1313

*Counsel for the Chapter 13 Trustee*

Dated: September 17, 2021