IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DEBBIE EDWARDS,<br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>    Movant,<br><br>v.<br><br>DEBBIE EDWARDS<br>WILLIAM KENNETH MASON, and<br>SCOTT F. WATERMAN, Trustee,<br><br>    Respondents. | Bankruptcy No. 19-16421-amc<br><br>Chapter 13<br><br>Document No. 72, 75 |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2021, upon consideration of the foregoing Stipulation Resolving the Motion for Relief from the Automatic Stay & Co-Debtor Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

**Date: September 23, 2021**

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge