| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-16421-AMC

| | |
|---|---|
| Debbie Edwards | Petition Filed Date: 10/11/2019 |
| 2824 Walnut Hill Street | 341 Hearing Date: 11/22/2019 |
| Philadelphia  PA    19152 | Confirmation Date: 08/19/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $900.00 | | 09/19/2023 | $900.00 | | 10/18/2023 | $900.00 | |
| 11/15/2023 | $900.00 | | 12/15/2023 | $900.00 | | 01/17/2024 | $900.00 | |
| 02/16/2024 | $900.00 | | 03/12/2024 | $740.00 | | 04/16/2024 | $700.00 | |
| 05/20/2024 | $700.00 | | 06/14/2024 | $700.00 | | 07/16/2024 | $700.00 | |

**Total Receipts for the Period: $9,840.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $38,058.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Debbie Edwards | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 002 | Secured Creditors | $9,388.59 | $9,190.93 | $197.66 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $1,388.81 | $0.00 | $1,388.81 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $1,680.48 | $0.00 | $1,680.48 |
| 5 | PHILADELPHIA GAS WORKS »» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PHILADELPHIA GAS WORKS »» 05U | Unsecured Creditors | $311.28 | $0.00 | $311.28 |
| 7 | TOYOTA MOTOR CREDIT CORP »» 006 | Secured Creditors | $19,891.38 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $675.47 | $0.00 | $675.47 |
| 9 | THE BANK OF MISSOURI »» 008 | Unsecured Creditors | $150.41 | $0.00 | $150.41 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $252.78 | $0.00 | $252.78 |
| 11 | MIDFIRST BANK NKA MIDLAND MRTG »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | SERVBANK SB »» 011 | Secured Creditors | $22,209.66 | $21,742.08 | $467.58 |
| 13 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $5,229.78 | $0.00 | $5,229.78 |
| 14 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $548.07 | $0.00 | $548.07 |

| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,440.00 | $2,440.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,300.00 | $1,300.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,058.00 | Current Monthly Payment: | $679.00 |
| Paid to Claims: | $34,673.01 | Arrearages: | ($129.00) |
| Paid to Trustee: | $3,384.99 | Total Plan Base: | $39,287.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.