IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DEBBIE EDWARDS,<br>         Debtor, | Bankruptcy No. 19-16421-amc<br><br>Chapter 13 |
| TOYOTA MOTOR CREDIT CORPORATION,<br>         Movant,<br><br>     v.<br><br>         Respondents.<br>DEBBIE EDWARDS, and<br>WILLIAM KENNETH MASON, Non-Filing Co-Debtor, and<br>SCOTT F. WATERMAN, Trustee,<br>         Respondents. | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Toyota Motor Credit Corporation has filed a Motion for Relief and Co-Debtor Relief from the Automatic Stay with the Court to lift the automatic stay regarding the 2013 Toyota Avalon Hybrid, VIN: 4T1BD1EB0DU008848.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before  *September 12, 2024* , you or your attorney must do **all** of the following:

    (a)  file an answer explaining your position at:

        Clerk, U.S. Bankruptcy Court
        Robert C. Nix Bldg. Suite 201
        900 Market Street
        Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

Case 19-16421-amc    Doc 104    Filed 08/29/24    Entered 08/29/24 13:19:21    Desc Main
Document      Page 2 of 2

    (b)  mail a copy to the movant's attorneys:

> Keri P. Ebeck, Esquire
> Bernstein-Burkley, P.C.
> 601 Grant Street, 9th Floor
> Pittsburgh, PA  15219

    2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.  A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on  **_September 17, 2024 at 11:00 a.m.,_** Courtroom #4, United States Bankruptcy Court, Robert C. Nix Bldg. Suite 201, 900 Market Street, Philadelphia, PA  19107.

    4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

> Respectfully submitted,
>
> BERNSTEIN-BURKLEY, P.C.
>
> By: /s/ Keri P. Ebeck
> Keri P. Ebeck, Esq.
> PA I.D. # 91298
> kebeck@bernsteinlaw.com
> 601 Grant Street, 9th Floor
> Pittsburgh, PA 15219
> Phone (412) 456-8112
> Fax: (412) 456-8135

Dated:  August 29, 2024