United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-16421-amc
Debbie Edwards  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Nov 21, 2024     Form ID: 138OBJ     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debbie Edwards, 2824 Walnut Hill Street, Philadelphia, PA 19152-1503 |
| 14439304 | + | Interstate TD Investments LLC, c/o Plant Home Lending, LLC, 321 Research Parkway, Meriden, CT 06450-8301 |
| 14404350 | + | Pennsylvania Department of Revenue, 110 N 8th St Ste 204b, Philadelphia, PA 19107-2412 |
| 14404354 | + | Trinity Health Mid-Atlantic, Nazareth Hospital, PO Box 824840, Philadelphia, PA 19182-4840 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 22 2024 00:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14840522 | + | Email/Text: BK@servicingdivision.com | Nov 22 2024 00:13:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14421789 | + | Email/Text: famc-bk@1stassociates.com | Nov 22 2024 00:14:00 | BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 14404344 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2024 00:15:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14404345 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 22 2024 00:15:39 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14404346 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 22 2024 00:15:17 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14404347 | + | Email/Text: Bankruptcy@ICSystem.com | Nov 22 2024 00:13:00 | I.C. System, Inc., 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 14408641 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 00:15:19 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14411095 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 00:15:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14421650 | ^ | MEBN | Nov 22 2024 00:07:53 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14438725 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 22 2024 00:15:34 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14404348 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 22 2024 00:26:51 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14404349 | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 22 2024 00:13:00 | OCWEN Loan Servicing, Attn: Bankruptcy, 1661 Worthington Rd St. 100, West Palm Beach, FL 33409-6493 |
| 14406911 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 21, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 22 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14404351 | ^ | MEBN | | |
| | | | Nov 22 2024 00:07:57 | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14437102 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 22 2024 00:14:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14859124 | + | Email/Text: BK@servicingdivision.com | Nov 22 2024 00:13:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14404352 | + | Email/Text: famc-bk@1stassociates.com | Nov 22 2024 00:14:00 | Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14404353 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 22 2024 00:13:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14409817 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 22 2024 00:13:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14406248 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 22 2024 01:58:17 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14864708 | *+ | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Debbie Edwards brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| JILL MARIE FEIN | on behalf of Creditor Interstate TD Investments LLC jfein@hillwallack.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 21, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

JIM PEAVLER
   on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us

KERI P EBECK
   on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
   btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MICHAEL J. SHAVEL
   on behalf of Creditor Interstate TD Investments LLC mshavel@hillwallack.com
   ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*Form 138OBJ* (6/24)−doc 116 − 109

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Debbie Edwards ) Case No. 19−16421−amc
 )
 )
Debtor(s). ) Chapter: 13
 )
 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 21, 2024                                                                For The Court

                                                                                                             Timothy B. McGrath
                                                                                                             Clerk of Court