IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DEBBIE EDWARDS<br>        Debtor,<br><br><br>TOYOTA MOTOR CREDIT CORPORATION<br>            Movant,<br><br>    v.<br><br>            Respondents.<br>DEBBIE EDWARDS, and<br>WILLIAM KENNETH MASON, Non-Filing Co-<br>Debtor, and<br>SCOTT F. WATERMAN, Trustee,<br>    Respondents. | Bankruptcy No. 19-16421-amc<br><br><br>Chapter 13 |

**<u>PRAECIPE TO WITHDRAW MOVANT'S MOTION FOR RELIEF</u>**

TO THE CLERK OF COURTS:

Kindly withdraw the *Movant's Motion for Relief* filed on behalf of Toyota Motor Credit Corporation on August 29, 2024, at Document No. 103.

Dated: December 18, 2024

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: 412-456-8135